**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-2355**

———————————

JAMES E. MACDONALD, SR.,

                                        Plaintiff - Appellant,

        and

ROSE MARIE MACDONALD; JOSEPHINE E. MACDONALD;
JAMES E. MACDONALD, JR., d/b/a Realty
Associates,

                                        Plaintiffs,

        versus

MEDIA GENERAL BROADCASTING, INCORPORATED; AMY
ROBACH,

                                        Defendants - Appellees,

        and

WCBD-TV CHANNEL 2,

                                        Defendant.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-99-2185-2-23)

———————————

Submitted:  April 29, 2002          Decided:  June 10, 2002

———————————

Before WILKINS, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

James E. MacDonald, Sr., Appellant Pro Se.  Carroll Allen Gibson, Jr., David Spence Cox, BUIST, MOORE, SMYTHE & MCGEE, Charleston, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James E. MacDonald appeals the district court's grant of summary judgment in his diversity action alleging defamation, invasion of privacy, and gross negligence.  We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the district court's grant of summary judgment in favor of the Appellees on the reasoning of the district court.  See MacDonald v. Media Gen. Broad., Inc., CA-99-2185-2-23 (D.S.C., filed Oct. 18, 2001; entered Oct. 19, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2